**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terry D. JONES, a/k/a Rick,
Defendant—Appellant.**

No. 11–7720.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Terry D. Jones, Appellant Pro Se. Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry D. Jones appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Terry,* No. 4:95–cr–00037–RGD–1 (E.D.Va. Nov. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*